## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LATHAN MITCHELL**                                                    **PLAINTIFF**

**VS.**                              **No. 3:22-cv-00286 PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                     **DEFENDANT**

### ORDER

The defendant's unopposed motion for additional time (docket entry no. 6)

in which to file her certified administrative record and answer is granted, and she is

directed to respond on or before March 31, 2023.

IT IS SO ORDERED this 7th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE