IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LATHAN MITCHELL**                                                                                  **PLAINTIFF**

VS.                               No. 3:22-cv-00286 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                          **DEFENDANT**

### ORDER

The plaintiff's unopposed motion for an extension of time to file his reply brief (Docket entry no. 13) is granted, and he is directed to file the brief on or before April 23, 2023.

IT IS SO ORDERED this 5th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE