# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LATHAN MITCHELL**                                                                                       **PLAINTIFF**

**VS.**                              **No. 3:22-cv-00286 PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
  **Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE